**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL VAUGHN,<br><br>         Plaintiff,<br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security Administration,<br><br>         Defendant.<br>_____/ | Case No.: 04-05509 JW<br><br>**JUDGMENT** |

Based upon the Court's Order Granting Defendant's Motion for Summary Judgment; Denying Plaintiff's Motion for Summary Judgment, judgment is entered in favor of Defendant JoAnne Barnhart, Commissioner, Social Security Administration, and against Plaintiff Paul Vaughn.

Dated: January 31, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angelina  Valle angelina@valle-law.com
John C. Cusker john.cusker@ssa.gov
Marc V. Kalagian marckalagian_rohlfinglaw@hotmail.com
Sara  Winslow sara.winslow@usdoj.gov

| | |
|---|---|
| **Dated:   January 31, 2006** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers** |
| | **Melissa Peralta** |
| | **Courtroom Deputy** |

United States District Court
For the Northern District of California